**SO ORDERED.**

**SIGNED this 6 day of March, 2018.**

*Stephani W. Humrickhouse*
**Stephani W. Humrickhouse**
**United States Bankruptcy Judge**

---

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## RALEIGH DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.:   14-06459-5-SWH |
| SAMUEL A. ADEL | ) | |
| F/K/A OSAMA A. SHAMSELDIN | ) | |
| | ) | |
| DEBTOR | ) | CHAPTER 7 |

### CONSENT ORDER ON DISBURSEMENT OF FUNDS

THIS MATTER comes before the Court in connection with the First Application for Administrative Expenses filed by the Debtor's attorney (DE 149). This case was subsequently converted to Chapter 7 from Chapter 13, in which no plan was confirmed. The Trustee, Debtor, and Debtor's Attorney have resolved the matter as set out in the Order below.

It is ORDERED as follows:

1. That the Chapter 13 Trustee shall disburse $3,000 to the Debtor to be mailed to him at the following address:

>    Samuel Adel
>    2513 Ferdinand Drive
>    Knightdale, NC 27545

2. The Trustee shall disburse the balance to the Debtor's attorney.

WE CONSENT:

February 22, 2018

*S:/ John F. Logan*
John F. Logan
Chapter 13 Trustee
P.O. Box 61039
Raleigh, NC 27661

S:/William E. Brewer, Jr.
William E. Brewer, Jr.
Attorney for Debtor
NC State Bar: 7018
Janvier Law Firm
311 East Edenton Street
Raleigh, NC 27601

Samuel Adel - Debtor
2513 Ferdinand Drive
Knightdale, NC 27545

END OF DOCUMENT